**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER HAYES, | NO. CV 18-10064-SJO(E) |
| Plaintiff, | |
| v. | JUDGMENT |
| LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, et al., | |
| Defendants. | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: March 7, 2019.

/s/ S. James Otero
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE